IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald N. Cameron, | ) | Case No. 19-21423 CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No. 16 |
| Ronald N. Cameron, | ) | |
|     Movant | ) | |
| Social Security No. XXX-XX- 1084 | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Fort Steuben Maintenace and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on June 3, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Ronald N. Cameron  
30 Riter Lane  
Burgettstown, PA 15021

Fort Steuben Maintenance  
Attn: Payroll Dept.  
P.O. Box 310  
Steubenville, OH 43952

Date of Service:    June 3, 2019

/s/ Christopher M. Frye  
Christopher M. Frye, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 208402