UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Ronald N. Cameron<br>            Debtor<br><br>The Huntington National Bank, or its Successor or Assignee<br>            Movant<br>    vs.<br><br>Ronda J. Winnecour, Trustee<br>Ronald N. Cameron<br>            Respondent | Chapter 13<br><br>Bankruptcy No. 19-21423-CMB<br><br>Related to Document Nos. __22__<br><br>**ENTERED BY DEFAULT** |

## ORDER

AND NOW, this __1st__ day of __July__, 20_19_, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit The Huntington National Bank, or its Successor or Assignee, pursuant to applicable state law remedies, to obtain possession and dispose of its collateral, namely the 2008 GMC Sierra 2500HD bearing VIN #1GTHK23K18F189949.

Prepared by: Christina Burns

_Carlota M. Böhm_       dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc.:
Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronald N. Cameron
30 Riter Lane
Burgettstown, PA 15021

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

FILED
7/1/19 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 19-21423-CMB
Ronald N. Cameron                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric            Page 1 of 1            Date Rcvd: Jul 01, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db             +Ronald N. Cameron,   30 Riter Lane,   Burgettstown, PA 15021-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor   The Huntington National Bank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      Christopher M. Frye    on behalf of Debtor Ronald N. Cameron chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      James Warmbrodt     on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Ronald N. Cameron julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                TOTAL: 6