Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald N. Cameron**
Debtor(s)

Bankruptcy Case No.: 19–21423–CMB
Issued Per Oct. 24, 2019 Proceeding
Chapter: 13
Docket No.: 34 – 18, 27
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 26, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Revenue at Claim No. 1; Quicken Loan Inc. at Claim No. 7 .

☐ H.   Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: October 28, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-21423-CMB
Ronald N. Cameron                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2            Date Rcvd: Oct 28, 2019
                              Form ID: 149            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
```
db          +Ronald N. Cameron,   30 Riter Lane,   Burgettstown, PA 15021-2236
15028554    +Bryan Jon Polas, Esq.,   501 Corporate Drive,   Suite 2015,   Canonsburg, PA 15317-8584
15028559    +EnerBank USA,   1245 E. Brickyard Rd., Ste. 600,   Salt Lake City, UT 84106-2562
15028560    +EnerBankUSA,   Attn: Bankruptcy,   1245 Brickyard Rd Ste 600,   Salt Lake City, UT 84106-2562
15065866     Greenbrier Emergency Services, Inc,   PO Box 1123,   Minneapolis, MN 55440-1123
15028563    +Magisterial District Judge 27-3-07,   Honorable Gary H. Havelka,   Suite 3,
              2038 Smith Township State Road,   Burgettstown, PA 15021-9701
15045515    +Medallion Bank,   c/o Systems & Services,   Technologies, Inc.,   PO Box 9013,
              Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 29 2019 03:09:19
              Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 03:09:56
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15028556    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 29 2019 03:08:55
              Capital One Auto Finance,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15028555     E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 29 2019 03:08:56
              Capital One Auto Finance,   Credit Bureau Dispute,   Plano, TX 75025
15032147    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 29 2019 03:08:50
              Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
15028557     E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:10:48     Discover Financial,   PO Box 15316,
              Wilmington, DE 19850
15032431     E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:10:48     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
15028558    +E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:10:48     Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
15028561    +E-mail/Text: bankruptcy@huntington.com Oct 29 2019 03:11:32     Huntington Natl Bank,
              7 Easton Oval,   Columbus, OH 43219-6060
15028562    +E-mail/Text: bankruptcy@huntington.com Oct 29 2019 03:11:32     Huntington Natl Bk,
              Attn: Bankruptcy,   Po Box 340996,   Columbus, OH 43234-0996
15028564     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 03:11:24     PA Dept. of Revenue,
              Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
15028565    +E-mail/Text: bankruptcyteam@quickenloans.com Oct 29 2019 03:11:57     Quicken Loans,
              1050 Woodward Avenue,   Detroit, MI 48226-1906
15051819    +E-mail/Text: bankruptcyteam@quickenloans.com Oct 29 2019 03:11:57     Quicken Loans Inc.,
              635 Woodward Avenue,   Detroit, MI 48226-3408
15028923    +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 03:09:43     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15028567    +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 03:08:43     Synchrony Bank/Care Credit,
              Attn: Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
15028566    +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 03:08:44     Synchrony Bank/Care Credit,
              C/o Po Box 965036,   Orlando, FL 32896-0001
15028569    +E-mail/Text: bankruptcysst@alorica.com Oct 29 2019 03:10:44
              Systems & Services Technologies, Inc.,   Attn: Bankruptcy,   4315 Pickett Road,
              Saint Joseph, MO 64503-1600
15028568    +E-mail/Text: bankruptcysst@alorica.com Oct 29 2019 03:10:44
              Systems & Services Technologies, Inc.,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
15049106    +E-mail/Text: bankruptcy@huntington.com Oct 29 2019 03:11:32     The Huntington National Bank,
              PO Box 89424,   Cleveland, OH 44101-6424
                                                                                             TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Quicken Loans Inc.
cr           The Huntington National Bank
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: jhel                    Page 2 of 2                   Date Rcvd: Oct 28, 2019
                                  Form ID: 149                  Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Christopher M. Frye    on behalf of Debtor Ronald N. Cameron chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Ronald N. Cameron julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 6
```