# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 19-21423-CMB |
| ) | |
| RONALD N. CAMERON, ) | Related to Document No.: 37 |
|     Debtor ) | |
| ) | Chapter 13 |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE, N.A., ) | |
|     Movant ) | **HEARING DATE:** |
| vs. ) | Wednesday, December 4, 2019 |
| ) | 11:00 a.m. |
| RONALD N. CAMERON, ) | |
|     Respondent ) | |
| and ) | **ENTERED BY DEFAULT** |
| RONDA J. WINNECOUR ) | |
|     Trustee ) | |

## ORDER

AND NOW, this 27th day of November, 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The Automatic stay is lifted as to the Movant.

Movant, shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2014 FORD Focus Sedan 4D SE I4, V.I.N. 1FADP3F22EL179029) and is hereby permitted to liquidate the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

FILED
11/27/19 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 19-21423-CMB
Ronald N. Cameron                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric                  Page 1 of 1                  Date Rcvd: Nov 27, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db             +Ronald N. Cameron,   30 Riter Lane,   Burgettstown, PA 15021-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Christopher M. Frye    on behalf of Debtor Ronald N. Cameron chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth Steidl     on behalf of Debtor Ronald N. Cameron julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7