IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-21423-CMB |
| Ronald N. Cameron ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #__64____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Ronald N. Cameron ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **May 2, 2024, at 10:00 a.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **April 22, 2024.**

| | |
|---|---|
| <u>4/5/24</u> | <u>/s/ Ronda J. Winnecour</u> |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21423-CMB

Ronald N. Cameron     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Apr 08, 2024     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald N. Cameron, 30 Riter Lane, Burgettstown, PA 15021-2236 |
| 15028554 | + | Bryan Jon Polas, Esq., 501 Corporate Drive, Suite 2015, Canonsburg, PA 15317-8584 |
| 15028563 | + | Magisterial District Judge 27-3-07, Honorable Gary H. Havelka, Suite 3, 2038 Smith Township State Road, Burgettstown, PA 15021-9701 |
| 15028923 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 09 2024 00:05:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2024 00:04:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15028556 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 09 2024 00:05:06 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028555 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 09 2024 00:05:06 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15032147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 09 2024 00:05:13 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15028557 | | Email/Text: mrdiscen@discover.com | Apr 08 2024 23:52:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 15032431 | | Email/Text: mrdiscen@discover.com | Apr 08 2024 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15028558 | + | Email/Text: mrdiscen@discover.com | Apr 08 2024 23:52:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15028559 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 08 2024 23:53:00 | EnerBank USA, 1245 E. Brickyard Rd., Ste. 600, Salt Lake City, UT 84106-2562 |
| 15028560 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 08 2024 23:53:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 15065866 | | Email/Text: BNCnotices@dcmservices.com | Apr 08 2024 23:53:00 | Greenbrier Emergency Services, Inc, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15028561 | + | Email/Text: bankruptcy@huntington.com | Apr 08 2024 23:53:00 | Huntington Natl Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15028562 | + | Email/Text: bankruptcy@huntington.com | Apr 08 2024 23:53:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15226985 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2024 23:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 7999, St Cloud MN 56302 |
| 15336149 | ^ | MEBN | Apr 08 2024 23:47:49 | MEDALLION BANK, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 15045515 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Apr 08 2024 23:52:00 | Medallion Bank, c/o Systems & Services, Technologies, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 15028564 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2024 23:53:00 | PA Dept. of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15028565 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 08 2024 23:53:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15051819 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 08 2024 23:53:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15028567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2024 00:05:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 15028566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2024 00:05:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15028568 | + | Email/Text: bankruptcysst@alorica.com | Apr 08 2024 23:52:00 | Systems & Services Technologies, Inc., 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15028569 | + | Email/Text: bankruptcysst@alorica.com | Apr 08 2024 23:52:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15049106 | + | Email/Text: bankruptcy@huntington.com | Apr 08 2024 23:53:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | | The Huntington National Bank |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024   Signature:   /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Ronald N. Cameron chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Ronald N. Cameron julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank ecfmail@mwc-law.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9