# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　RONALD N. CAMERON | Case No. 19-21423CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>RONALD N. CAMERON | Chapter 13<br><br>Document No. __74__ |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this __22nd__ day of __July__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Fort Steuben Maintenance<br>
Attn: Payroll Manager<br>
Po Box 310<br>
Steubenville, OH 43952

is hereby ordered to immediately terminate the attachment of the wages of RONALD N. CAMERON, social security number XXX-XX-1084. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RONALD N. CAMERON.

BY THE COURT:

_Carlota M. Böhm_ /dmr

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
7/22/24 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald N. Cameron  
    Debtor

Case No. 19-21423-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 22, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

**Recip ID    Recipient Name and Address**  
db      + Ronald N. Cameron, 30 Riter Lane, Burgettstown, PA 15021-2236

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:**

**Name    Email Address**

Christopher M. Frye  
     on behalf of Debtor Ronald N. Cameron chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon  
     on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon  
     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth Steidl  
     on behalf of Debtor Ronald N. Cameron julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Laurence A. Mester  
     on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

District/off: 0315-2 | User: auto | Page 2 of 2
--- | --- | ---
Date Rcvd: Jul 22, 2024 | Form ID: pdf900 | Total Noticed: 1

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Marisa Myers Cohen
    on behalf of Creditor The Huntington National Bank ecfmail@mwc-law.com mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9