IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONALD N. CAMERON

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21423

Chapter 13

Document No.: 79

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_22nd\_\_\_\_ day of \_\_November\_\_\_\_, 20\_24\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/22/24 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                           Case No. 19-21423-CMB

Ronald N. Cameron                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: auto                                               Page 1 of 3

Date Rcvd: Nov 22, 2024                              Form ID: pdf900                               Total Noticed: 28

**The following symbols are used throughout this certificate:**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald N. Cameron, 30 Riter Lane, Burgettstown, PA 15021-2236 |
| 15028554 | + | Bryan Jon Polas, Esq., 501 Corporate Drive, Suite 2015, Canonsburg, PA 15317-8584 |
| 15028563 | + | Magisterial District Judge 27-3-07, Honorable Gary H. Havelka, Suite 3, 2038 Smith Township State Road, Burgettstown, PA 15021-9701 |
| 15028565 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15051819 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2024 00:09:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2024 00:10:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15028556 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 23 2024 00:10:18 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028555 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 23 2024 00:21:23 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15032147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2024 00:10:13 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15028557 | | Email/Text: mrdiscen@discover.com | Nov 23 2024 00:55:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 15032431 | | Email/Text: mrdiscen@discover.com | Nov 23 2024 00:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15028558 | + | Email/Text: mrdiscen@discover.com | Nov 23 2024 00:55:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15028559 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Nov 23 2024 00:55:00 | EnerBank USA, 1245 E. Brickyard Rd., Ste. 600, Salt Lake City, UT 84106-2562 |
| 15028560 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Nov 23 2024 00:55:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 15065866 | | Email/Text: BNCnotices@dcmservices.com | Nov 23 2024 00:55:00 | Greenbrier Emergency Services, Inc, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15028561 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2024 00:56:00 | Huntington Natl Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15028562 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2024 00:56:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15226985 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2024 00:56:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15336149 | ^ | MEBN | Nov 22 2024 23:49:11 | MEDALLION BANK, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 15045515 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Nov 23 2024 00:55:00 | Medallion Bank, c/o Systems & Services, Technologies, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 15028564 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2024 00:56:00 | PA Dept. of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15028923 | ^ | MEBN | Nov 22 2024 23:48:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15028567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2024 00:09:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 15028566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2024 00:10:16 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15028568 | + | Email/Text: bankruptcysst@alorica.com | Nov 23 2024 00:54:00 | Systems & Services Technologies, Inc., 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15028569 | + | Email/Text: bankruptcysst@alorica.com | Nov 23 2024 00:54:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15049106 | + | Email/Text: bankruptcy@huntington.com | Nov 23 2024 00:56:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | | The Huntington National Bank |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

Case 19-21423-CMB    Doc 90    Filed 11/24/24    Entered 11/25/24 00:32:26    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: pdf900 | Total Noticed: 28 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Christopher M. Frye | on behalf of Debtor Ronald N. Cameron chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Ronald N. Cameron julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor The Huntington National Bank ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10